In the Matter of the Application of the COLLEGE OF THE CITY OF NEW YORK, Respondent, for an Order of Mandamus against JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

In the Matter of the Application of HUNTER COLLEGE OF THE CITY OF NEW YORK, Respondent, for an Order of Mandamus against JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

*New York city — Education Law — mandamus properly issued to compel board of estimate and apportionment of city of New York to appropriate additional sums for salaries in colleges of said city.*

*Matter of College of City of New York* v. *Hylan,* 205 App. Div. 372, affirmed. [1]

(Argued May 31, 1923; decided June 14, 1923.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1923, which affirmed an order of Special Term granting

a motion for a peremptory order of mandamus directing the board of estimate and apportionment of the city of New York to appropriate an additional sum to meet salary requirements of the petitioner for the year 1923, under the provisions of sections 883 and 883a of the Education Law.

*George P. Nicholson*, Corporation Counsel (*William E. C. Mayer* of counsel), for appellants.

*Charles H. Tuttle* for College of City of New York, respondent.

*Carl E. Peterson* for Hunter College, respondent.

Order in each proceeding affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.